CHARLES W. BAIRD, Respondent, v. EMPIRE STATE STEEL PRODUCTS COMPANY, INC., Appellant.— Order unanimously affirmed, with costs, and defendant's leave given by the order to withdraw the demurrer and answer extended ten days after service of notice of entry of the order upon our

# 974 CASES REPORTED WITH BRIEF SYLLABI.

decision. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.